IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY MAZZA<br>5519 30th Place, N.W.<br>Washington, D.C. 20015<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON, WASHINGTON, D.C., INC. *et al.*<br><br>　　　　Defendant | Case No. 1:11-cv-00719-EGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Anthony Mazza, *pro se*, and Defendants AFNI and Verizon, Washington, D.C., Inc., by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice.

Each party shall bear its own attorney fees and court costs.

DATED:  5/15/12                                         Respectfully submitted,

_____          _____
Anthony Mazza                                                    Ronald S. Canter, D.C. Bar #321257
5519 30th Place, N.W.                                        200A Monroe Street, Suite 104
Washington, D.C. 20015                                    Rockville, Maryland 20850
*Plaintiff Pro Se*                                                 (301) 424-7490 – Telephone
　　　　　　　　　　　　　　　　　　　　(301) 424-7470 – Facsimile
　　　　　　　　　　　　　　　　　　　　rcanter@roncanterllc.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant AFNI, Inc.*

_____
Natalie Olivia Ludaway, Esquire
1400 K Street, NW, Suite 1000
Washington, DC 20005
*Attorney for Defendant Verizon Washington, DC, Inc.*